FILED

SEP 0 2 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ROBERT DICKMAN and BRENDA DICKMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX FREIGHT, INC., and JOHN & JANE DOES 1-5,<br><br>Defendants. | No. CV 15-52-BU-SEH<br><br>**ORDER** |

Based upon the record made in open court,

ORDERED:

1. Defendant FedEx Freight, Inc.'s Motion for Summary Judgment[1] is

GRANTED IN PART and DENIED IN PART as follows:

---

[1] Doc. 18.

-1-

a. Summary judgment on Counts II, Negligent Infliction of Emotional Distress, and III, Intentional Infliction of Emotional Distress, asserted on behalf of Plaintiff Brenda Dickman, and Counts IV, Tortious Violation of the Covenant of Good Faith and Fair Dealing, and V, Retaliation, asserted on behalf of Plaintiff Robert Dickman, is GRANTED.

b. Summary judgment on Count I, Wrongful Discharge from Employment, asserted on behalf of Plaintiff Robert Dickman is DENIED.

2. The claim for punitive damages is dismissed.

3. FedEx Freight, Inc.'s Combined Pretrial Motions[2] are GRANTED IN PART and DENIED IN PART as stated on the record at the September 1, 2016, hearing.

DATED this 2nd day of September, 2016.

SAM E. HADDON
United States District Judge

---

[2] Doc. 24.