FILED

OCT 12 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ROBERT DICKMAN and BRENDA DICKMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX FREIGHT, INC., and JOHN & JANE DOES 1-5,<br><br>Defendants. | No. CV 15-52-BU-SEH<br><br>ORDER |

The Final Pretrial Order was submitted by the parties on September 30, 2016. Plaintiffs have failed to comply with the Court's supplemental scheduling order issued on August 23, 2016, regarding specific provisions for form and content currently in use and applicable to all pretrial orders filed in this Court.

ORDERED:

1. On or before October 19, 2016, Plaintiffs shall file a May Offer Exhibit list, if applicable.

2. In addition, Plaintiffs shall file their exhibits in the electronic record, deliver the original and one copy of Plaintiffs' document exhibits to the Clerk of Court, and mail an additional copy of exhibits to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before October 19, 2016.

DATED this 12th day of October, 2016.

Sam E. Haddon
SAM E. HADDON
United States District Judge