# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ROBERT DICKMAN and BRENDA DICKMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX FREIGHT, INC., and JOHN & JANE DOES 1-5,<br><br>Defendants. | No. CV 15-52-BU-SEH<br><br>**ORDER** |

Plaintiffs' Motion to Dismiss Case with Prejudice as Fully and Finally Settled Between the Parties[1] is GRANTED. This case is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

DATED this 14th day of December, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 54.

-1-